Antoine Dourice SIRMONES, Appellant,

v.

STATE of Florida, Appellee.

No. 1D15–1901.

District Court of Appeal of Florida, First District.

Nov. 14, 2016.

Rehearing Denied Dec. 19, 2016.

Nancy A. Daniels, Public Defender and Pamela D. Presnell, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General and Julian E. Markham, Assistant Attorney General, for Appellee.

PER CURIAM.

AFFIRMED. *Waters v. State*, 174 So.3d 434 (Fla. 1st DCA 2015) (citing to *Armstrong v. State*, 579 So.2d 734, 735 (Fla. 1991) (holding that fundamental error can be waived when defense counsel requests an erroneous jury instruction)).

LEWIS and OSTERHAUS, JJ., concur.

WOLF, J., dissents.